## ZEPHEMIAH POLK'S LESSEE v. BETTY THORN.

Supreme Court: March, 1797.

*Wilson's Red Book, 156.*

But the Court refused the new trial, acknowledging they did not think with the jury, but it was a question of boundary, and there had been two verdicts. They did not think themselves at liberty to direct a third trial.

*Habere facias possessionem* was issued.